Dismissed and Opinion filed April 3, 2003









Dismissed and Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01365-CV

____________

 

NEW BIRTH MISSIONARY BAPTIST CHURCH OF HOUSTON, INC.
AND ELLA M. NUNN, Appellants

 

V.

 

REVEREND DWIGHT E. MATTHEWS, Appellee

 



 

On
Appeal from the 295th District Court

Harris
County, Texas

Trial
Court Cause No. 02-61577

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed December 16, 2002.

On March 20, 2003, appellants filed a motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed April 3, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.